Frank Lee JOHNSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 64573.

Court of Criminal Appeals of Texas,
Panel No. 3.

July 16, 1980.

Bernard E. Packard, Beaumont, on appeal only, for appellant.

James S. McGrath, Dist. Atty., and John B. Stevens, Jr., Asst. Dist. Atty., Beaumont, Robert Huttash, State's Atty., Austin, for the State.

Before ROBERTS, TOM G. DAVIS and W. C. DAVIS, JJ.

OPINION

ROBERTS, Judge.

This is a revocation of probation. We have reviewed the entire record and the appellant's brief herein and find no reversible error.

The judgment is affirmed.